An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

IN THE SUPREME COURT OF THE STATE OF NEVADA

BRYAN O'KEEFE, A/K/A BRIAN KERRY O'KEEFE,

Appellant,

vs.

THE STATE OF NEVADA,

Respondent.

No. 68623

**FILED**

SEP 0 9 2015

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is a pro se appeal from a district court order denying a motion to file supplemental petition. Eighth Judicial District Court, Clark County; Michael Villani, Judge.

Because no statute or court rule permits an appeal from the aforementioned decision, we lack jurisdiction. *Castillo v. State*, 106 Nev. 349, 352, 792 P.2d 1133, 1135 (1990). Accordingly, we

ORDER this appeal DISMISSED.[1]

_____, J.
Parraguirre

_____, J.
Douglas

_____, J.
Cherry

---

[1]In light of this order, we direct the clerk of this court to return, unfiled, the pro se motions received on August 25, 2015, and August 27, 2015.

SUPREME COURT
OF
NEVADA

(O) 1947A

IS-27294

cc: Hon. Michael Villani, District Judge
Bryan O'Keefe
Matthew D. Carling
Attorney General/Carson City
Clark County District Attorney
Eighth District Court Clerk